1  MICHAEL J. SACKSTEDER (CSB NO. 191605)
   FENWICK & WEST LLP
2  Embarcadero Center West
   275 Battery Street
3  San Francisco, CA 94111
   Telephone: (415) 875-2300
4  Facsimile: (415) 281-1350

5  Attorney for Defendant
   PROGRESS SOFTWARE CORPORATION
6

7

8  TODD A. NOAH (CSB NO. 152328)
   DERGOSITS & NOAH LLP
   Four Embarcadero Center, Suite 1450
9  San Francisco, CA 94111
   Telephone: (415) 705-6377
10 Facsimile: (415) 705-6383

11 Attorney for Plaintiff
   MINDFABRIC HOLDINGS, LLC
12

13

14

                UNITED STATES DISTRICT COURT
15
              NORTHERN DISTRICT OF CALIFORNIA
16

17
   MINDFABRIC HOLDINGS, LLC,            Case No. C-06-1985 MMC
18
              Plaintiff,                **STIPULATION TO EXTEND DEFENDANTS'
19                                      TIME TO ANSWER OR OTHERWISE
        v.                              RESPOND TO COMPLAINT**; ORDER
20
   PROGRESS SOFTWARE                    Date of Filing: March 31, 2006
21 CORPORATION,

22            Defendant.

23

24

25     Pursuant to N.D. Civil Local Rule 6-1(a), Plaintiff Mindfabric Holdings, LLC

26 ("Mindfabric") and Defendant Progress Software Corporation ("Progress"), by and through their

27 respective counsel, hereby agree and stipulate that Progress shall have up through and including

28
   STIPULATION TO EXTEND
   DEFENDANT'S TIME TO ANSWER OR
   OTHERWISE RESPOND TO CMPLT (C-06-1985) MMC

1  May 6, 2006, to answer or otherwise respond to Mindfabric's complaint. This enlargement of
2  time will not alter the date of any event or any deadline already fixed by Court order.

3  Dated: March 31, 2006                    FENWICK & WEST LLP
4
5
                                            By: _____
6                                                  Michael J. Sacksteder

7                                           Attorney for Defendant
                                            PROGRESS SOFTWARE CORPORATION
8
9  Dated: March 31, 2006                    DERGOSITS & NOAH LLP

10
11                                          By: _____
                                                   Todd A. Noah
12
                                            Attorney for Plaintiff
13                                          MINDFABRIC HOLDINGS, LLC
14
15 Dated: March 31, 2006

IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA