1  TODD A. NOAH (CSB NO. 152328)
2  DERGOSITS & NOAH LLP
   Four Embarcadero Center, Suite 1450
3  San Francisco, CA 94111
   Telephone: (415) 705-6377
4  Facsimile: (415) 705-6383
5
   Attorneys for Plaintiff
6  MINDFABRIC HOLDINGS, LLC

7
   MICHAEL J. SACKSTEDER (CSB NO. 191605)
8  FENWICK & WEST LLP
   Embarcadero Center West
9  275 Battery Street
   San Francisco, CA 94111
10 Telephone: (415) 875-2300
11 Facsimile: (415) 281-1350

12 Attorneys for Defendant
   PROGRESS SOFTWARE CORPORATION
13

14
                    IN THE UNITED STATES DISTRICT COURT
15
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
16
                             SAN FRANCISCO DIVISION
17

18
   MINDFABRIC HOLDINGS, LLC,            )   Civil Action No. C-06-1985 MMC
19                                      )
                                        )
20     Plaintiff,                       )   **SECOND STIPULATION TO EXTEND**
                                        )   **DEFENDANT'S TIME TO ANSWER**
21                                      )   **OR OTHERWISE RESPOND TO**
       vs.                              )   **COMPLAINT**
22                                      )
                                        )
23 PROGRESS SOFTWARE COROPORATION,      )
                                        )
24                                      )
       Defendant.                       )
25                                      )
                                        )
26 _____      )

27

28                                      -1-

SECOND STIPULATION TO EXTEND
DEFENDANT'S TIME TO ANSWER
Civil Action No. 06-1985 MMC

Pursuant to N.D. Civil Local Rule 6-1(a), Plaintiff Mindfabric Holdings, LLC ("Mindfabric") and Defendant Progress Software Corporation ("Progress"), by and through their respective counsel, hereby agree and stipulate that Progress shall have up through and including May 30, 2006, to answer or otherwise respond to Mindfabric's complaint.  This enlargement of time will not alter the date of any event or any deadline already fixed by Court order.

Dated: May 5, 2006                                                                    DERGOSITS & NOAH LLP

                                                                                     By: /s/ Todd A. Noah
                                                                                          Todd A. Noah

                                                                                     Attorneys for Plaintiff
                                                                                     MINDFABRIC HOLDINGS, LLC


Dated: May 5, 2006                                                                    FENWICK & WEST LLP

                                                                                     By: /s/ Michael J. Sacksteder
                                                                                          Michael J. Sacksteder

                                                                                     Attorneys for Defendant
                                                                                     PROGRESS SOFTWARE CORPORATION


I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Michael J. Sacksteder.

                                    /s/ Todd A. Noah

Dated: May 8, 2006

IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SECOND STIPULATION TO EXTEND
DEFENDANT'S TIME TO ANSWER
Civil Action No. 06-1985 MMC