|   |   |
|---|---|
| 1 | MICHAEL J. SACKSTEDER (CSB NO. 191605) |
|   | FENWICK & WEST LLP |
| 2 | Embarcadero Center West |
|   | 275 Battery Street |
| 3 | San Francisco, CA 94111 |
|   | Telephone: (415) 875-2300 |
| 4 | Facsimile:  (415) 281-1350 |
| 5 | Attorney for Defendant |
|   | PROGRESS SOFTWARE CORPORATION |
| 6 |   |
| 7 | TODD A. NOAH (CSB NO. 152328) |
|   | DERGOSITS & NOAH LLP |
|   | Four Embarcadero Center, Suite 1450 |
| 8 | San Francisco, CA 94111 |
|   | Telephone: (415) 705-6377 |
| 9 | Facsimile:  (415) 705-6383 |
| 10 | Attorney for Plaintiff |
|   | MINDFABRIC HOLDINGS, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MINDFABRIC HOLDINGS, LLC, | Case No. C-06-1985 |
|---|---|
| Plaintiff, | **THIRD STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT:** |
| v. | ORDER THEREON |
| PROGRESS SOFTWARE CORPORATION, | Date of Filing: May 26, 2006 |
| Defendant. |   |

Pursuant to N.D. Civil Local Rule 6-1(a), Plaintiff Mindfabric Holdings, LLC ("Mindfabric") and Defendant Progress Software Corporation ("Progress"), by and through their respective counsel, hereby agree and stipulate that Progress shall have up through and including

/ / /

/ / /

/ / /

/ / /

STIPULATION TO EXTEND
DEFENDANT'S TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT

June 20, 2006, to answer or otherwise respond to Mindfabric's complaint. This enlargement of time will not alter the date of any event or any deadline already fixed by Court order.

Dated: May 26, 2006

FENWICK & WEST LLP

By: /s/ Michael J. Sacksteder
Michael J. Sacksteder

Attorney for Defendant
PROGRESS SOFTWARE CORPORATION

Dated: May 26, 2006

DERGOSITS & NOAH LLP

By: /s/ Todd A. Noah
Todd A. Noah

Attorney for Plaintiff
MINDFABRIC HOLDINGS, LLC

Dated May 26, 2006

IT IS SO ORDERED

/s/ Maxine M. Chesney
Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO EXTEND
DEFENDANT'S TIME TO ANSWER OR          2
OTHERWISE RESPOND TO COMPLAINT