MICHAEL J. SACKSTEDER (CSB NO. 191605)
FENWICK & WEST LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorney for Defendant
PROGRESS SOFTWARE CORPORATION

TODD A. NOAH (CSB NO. 152328)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

Attorney for Plaintiff
MINDFABRIC HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDFABRIC HOLDINGS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESS SOFTWARE CORPORATION,<br><br>Defendant. | Case No. C-06-1985<br><br>**FOURTH STIPULATION TO EXTEND DEFENDANTS' TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT: ORDER THEREON**<br>Date of Filing: June 20, 2006 |

Pursuant to N.D. Civil Local Rule 6-1(a), Plaintiff Mindfabric Holdings, LLC ("Mindfabric") and Defendant Progress Software Corporation ("Progress"), by and through their respective counsel, hereby agree and stipulate that Progress shall have up through and including

/ / /
/ / /
/ / /
/ / /

STIPULATION TO EXTEND
DEFENDANT'S TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT

CASE NO. C-06-1985

June 30, 2006, to answer or otherwise respond to Mindfabric's complaint. This enlargement of time will not alter the date of any event or any deadline already fixed by Court order.

Dated: June 20, 2006

FENWICK & WEST LLP

By: _____
Michael J. Sacksteder

Attorney for Defendant
PROGRESS SOFTWARE CORPORATION

Dated: June 20, 2006

DERGOSITS & NOAH LLP

By: _____
Todd A. Noah

Attorney for Plaintiff
MINDFABRIC HOLDINGS, LLC

Dated: June 21, 2006

IT IS SO ORDERED
_____
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA