TODD A. NOAH (CSB NO. 152328)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

Attorneys for Plaintiff
MINDFABRIC HOLDINGS, LLC

MICHAEL J. SACKSTEDER (CSB NO. 191605)
FENWICK & WEST LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant
PROGRESS SOFTWARE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINDFABRIC HOLDINGS, LLC,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>PROGRESS SOFTWARE COROPORATION,<br><br>　　　Defendant. | Civil Action No. C-06-1985 MMC<br><br>**FIFTH STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**; ORDER THEREON |

-1-

FIFTH STIPULATION TO EXTEND
DEFENDANT'S TIME TO ANSWER
Civil Action No. 06-1985 MMC

Pursuant to N.D. Civil Local Rule 6-1(a), Plaintiff Mindfabric Holdings, LLC ("Mindfabric") and Defendant Progress Software Corporation ("Progress"), by and through their respective counsel, hereby agree and stipulate that Progress shall have up through and including July 7, 2006, to answer or otherwise respond to Mindfabric's complaint.  This enlargement of time will not alter the date of any event or any deadline already fixed by Court order.

Dated: June 30, 2006                                    DERGOSITS & NOAH LLP


                                                        By: /s/ Todd A. Noah
                                                            Todd A. Noah

                                                        Attorneys for Plaintiff
                                                        MINDFABRIC HOLDINGS, LLC


Dated: June 30, 2006                                    FENWICK & WEST LLP


                                                        By: /s/ Michael J. Sacksteder
                                                            Michael J. Sacksteder

                                                        Attorneys for Defendant
                                                        PROGRESS SOFTWARE CORPORATION


I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Michael J. Sacksteder.

                              /s/ Todd A. Noah


Dated: July 5, 2006

**IT IS SO ORDERED**
*Judge Maxine M. Chesney*

-2-

FIFTH STIPULATION TO EXTEND
DEFENDANT'S TIME TO ANSWER
Civil Action No. 06-1985 MMC