TODD A. NOAH (CSB NO. 152328)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383

Attorneys for Plaintiff
MINDFABRIC HOLDINGS, LLC

MICHAEL J. SACKSTEDER (CSB NO. 191605)
GREG T. SUEOKA
FENWICK & WEST LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Defendant
PROGRESS SOFTWARE CORPORATION

Dated: July 7, 2006

**IT IS SO ORDERED**
Judge Maxine M. Chesney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINDFABRIC HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PROGRESS SOFTWARE COROPORATION,<br><br>　　　　Defendant. | Civil Action No. C-06-1985 MMC<br><br>**SIXTH STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** |

-1-

Pursuant to N.D. Civil Local Rule 6-1(a), Plaintiff Mindfabric Holdings, LLC ("Mindfabric") and Defendant Progress Software Corporation ("Progress"), by and through their respective counsel, hereby agree and stipulate that Progress shall have up through and including July 14, 2006, to answer or otherwise respond to Mindfabric's complaint.  The parties have reached a settlement in principle and require the additional time to obtain signatures on the final settlement agreement.  This enlargement of time will not alter the date of any event or any deadline already fixed by Court order.

Dated: July 7, 2006                                                                         DERGOSITS & NOAH LLP


                                                                    By:  /s/ Todd A. Noah
                                                                         Todd A. Noah

                                                                         Attorneys for Plaintiff
                                                                         MINDFABRIC HOLDINGS, LLC


Dated: July 7, 2006                                                                         FENWICK & WEST LLP


                                                                    By:  /s/  Greg T. Sueoka
                                                                         Greg T. Sueoka

                                                                         Attorneys for Defendant
                                                                         PROGRESS SOFTWARE CORPORATION


I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Greg T. Sueoka.

                                            /s/ Todd A. Noah

SIXTH STIPULATION TO EXTEND
DEFENDANT'S TIME TO ANSWER
Civil Action No. 06-1985 MMC