MICHAEL J. SACKSTEDER (CSB NO. 191605)
FENWICK & WEST LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350
msacksteder@fenwick.com

Attorney for Defendant
PROGRESS SOFTWARE CORPORATION

TODD A. NOAH (CSB NO. 152328)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile:  (415) 705-6383
tnoah@dergnoah.com

Attorney for Plaintiff
MINDFABRIC HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDFABRIC HOLDINGS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>PROGRESS SOFTWARE CORPORATION,<br><br>  Defendant. | Case No. C-06-1985<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date of Filing: July 12, 2006 |

On March 15, 2006, Plaintiff Mindfabric Holdings, LLC ("Mindfabric") filed the complaint in this action. On March 31, 2006, after this action had been reassigned to the Honorable Maxine M. Chesney, the Court issued a Case Management Scheduling Order, which set the Initial Case Management Conference in this Action for 10:30 a.m. on July 21, 2006. The parties are currently conducting settlement discussions and have agreed to continue the Initial Case Management Conference until 10:30 a.m. on August 18, 2006, in order to enable the parties to resolve this matter informally.

STIPULATION AND PROPOSED ORDER
RE CONTINUANCE OF INITIAL CASE
MANAGEMENT CONFERENCE

CASE NO. C-06-1985

IT IS HEREBY STIPULATED between the parties that the Initial Case Management Conference shall be continued to August 18, 2006 at 10:30 a.m. The parties shall file a Joint Case Management Statement on or before August 11, 2006.

IT IS SO STIPULATED

Dated: July 12, 2006

FENWICK & WEST LLP

By: _____
    Michael J. Sacksteder

Attorney for Defendant
PROGRESS SOFTWARE CORPORATION

Dated: July 12, 2006

DERGOSITS & NOAH LLP

By: /s/Todd A. Noah
    Todd A. Noah

Attorney for Plaintiff
MINDFABRIC HOLDINGS, LLC

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Todd A. Noah.

/s/ Michael J. Sacksteder

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 14, 2006

_____
Hon. Maxine M. Chesney
United States District Judge

STIPULATION AND PROPOSED ORDER
RE CONTINUANCE OF INITIAL CASE
MANAGEMENT CONFERENCE

2

CASE NO. C-06-1985