1  MICHAEL J. SACKSTEDER (CSB NO. 191605)
   FENWICK & WEST LLP
2  Embarcadero Center West
   275 Battery Street
3  San Francisco, CA 94111
   Telephone: (415) 875-2300
4  Facsimile:  (415) 281-1350
   msacksteder@fenwick.com
5
   Attorney for Defendant
6  PROGRESS SOFTWARE CORPORATION

   TODD A. NOAH (CSB NO. 152328)
7  DERGOSITS & NOAH LLP
   Four Embarcadero Center, Suite 1450
8  San Francisco, CA 94111
   Telephone: (415) 705-6377
9  Facsimile:  (415) 705-6383
   tnoah@dergnoah.com
10
   Attorney for Plaintiff
11 MINDFABRIC HOLDINGS, LLC

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 MINDFABRIC HOLDINGS, LLC,        Case No. C-06-1985

16        Plaintiff,                **SEVENTH STIPULATION TO EXTEND
                                    DEFENDANTS' TIME TO ANSWER OR
17        v.                        OTHERWISE RESPOND TO COMPLAINT
                                    AND ORDER**
18 PROGRESS SOFTWARE
   CORPORATION,                     Date of Filing: July 14, 2006
19
          Defendant.
20

21

22        Pursuant to N.D. Civil Local Rule 6-1(a), Plaintiff Mindfabric Holdings, LLC

23 ("Mindfabric") and Defendant Progress Software Corporation ("Progress"), by and through their

24 respective counsel, hereby agree and stipulate that Progress shall have up through and including

25 July 21, 2006, to answer or otherwise respond to Mindfabric's complaint.  The parties have

26

27

28

SEVENTH STIPULATION TO EXTEND
DEFENDANT'S TIME TO ANSWER OR                                    CASE NO. C-06-1985
OTHERWISE RESPOND TO COMPLAINT

separately stipulated to reschedule the Initial Case Management Conference in this action until August 11, 2006, and the Court has so ordered.

Dated: July 14, 2006          FENWICK & WEST LLP

By: /s/Michael J. Sacksteder
     Michael J. Sacksteder

Attorney for Defendant
PROGRESS SOFTWARE CORPORATION

Dated: July 14, 2006          DERGOSITS & NOAH LLP

By: /s/Todd A. Noah
     Todd A. Noah

Attorney for Plaintiff
MINDFABRIC HOLDINGS, LLC

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Todd A. Noah.

/s/ Michael J. Sacksteder

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 18, 2006

Hon. Maxine M. Chesney
United States District Judge

SEVENTH STIPULATION TO EXTEND DEFENDANT'S TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT     2     CASE NO. C-06-1985