Dated: July 24, 2006

| | |
|---|---|
| 1 | TODD A. NOAH (CSB NO. 152328) |
| 2 | DERGOSITS & NOAH LLP |
|   | Four Embarcadero Center, Suite 1450 |
| 3 | San Francisco, CA 94111 |
|   | Telephone: (415) 705-6377 |
| 4 | Facsimile: (415) 705-6383 |
| 5 | |
|   | Attorneys for Plaintiff |
| 6 | MINDFABRIC HOLDINGS, LLC |
| 7 | |
|   | MICHAEL J. SACKSTEDER (CSB NO. 191605) |
| 8 | GREG T. SUEOKA |
|   | FENWICK & WEST LLP |
| 9 | Embarcadero Center West |
|   | 275 Battery Street |
| 10 | San Francisco, CA 94111 |
| 11 | Telephone: (415) 875-2300 |
|    | Facsimile: (415) 281-1350 |

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" signed Judge Maxine M. Chesney]*

Attorneys for Defendant
PROGRESS SOFTWARE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MINDFABRIC HOLDINGS, LLC, | ) | Civil Action No. C-06-1985 MMC |
| | ) | |
| Plaintiff, | ) | **EIGHTH STIPULATION TO EXTEND** |
| | ) | **DEFENDANT'S TIME TO ANSWER** |
| | ) | **OR OTHERWISE RESPOND TO** |
| vs. | ) | **COMPLAINT** |
| | ) | |
| | ) | |
| PROGRESS SOFTWARE COROPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

-1-

Pursuant to N.D. Civil Local Rule 6-1(a), Plaintiff Mindfabric Holdings, LLC ("Mindfabric") and Defendant Progress Software Corporation ("Progress"), by and through their respective counsel, hereby agree and stipulate that Progress shall have up through and including July 28, 2006, to answer or otherwise respond to Mindfabric's complaint.  The parties have reached a settlement and require the additional time to allow the parties to perform their obligations under the terms of the fully-executed settlement agreement.  The parties have separately stipulated to reschedule the Initial Case Management Conference in this action until August 11, and the Court so ordered.

Dated: July 20, 2006                                                            DERGOSITS & NOAH LLP


                                                                                By:  /s/ Todd A. Noah
                                                                                      Todd A. Noah

                                                                                Attorneys for Plaintiff
                                                                                MINDFABRIC HOLDINGS, LLC


Dated: July 20, 2006                                                            FENWICK & WEST LLP


                                                                                By:  /s/  Michael J. Sacksteder
                                                                                      Michael J. Sacksteder

                                                                                Attorneys for Defendant
                                                                                PROGRESS SOFTWARE CORPORATION


   I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Michael J. Sacksteder.
                                                   /s/ Todd A. Noah