TODD A. NOAH (State Bar No. 152328)
OMAIR M. FAROOQUI (State Bar No. 207090)
DERGOSITS & NOAH LLP
Four Embarcadero Center, Suite 1450
San Francisco, California 94111
Telephone: (415) 705-6377
Facsimile: (415) 705-6383
E-mail: tnoah@dergnoah.com
ofarooqui@dergnoah.com

Attorneys for Plaintiff
MINDFABRIC HOLDINGS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MINDFABRIC HOLDINGS, LLC, ) | Civil Action No. C-06-1985 MMC |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER RE** |
| ) | **DISMISSAL WITH PREJUDICE** |
| vs. ) | |
| ) | |
| ) | |
| PROGRESS SOFTWARE COROPORATION, ) | |
| ) | |
| Defendant. ) | |

Mindfabric Holdings, LLC and Progress Software Corporation hereby stipulate, through their respective counsel of record, that this action be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party to bear its own attorneys' fees and costs.

DERGOSITS & NOAH LLP

Dated: July 25, 2006          By: /s/ Todd A. Noah
                                  Todd A. Noah
                                  Attorneys for Plaintiff
                                  MINDFABRIC HOLDINGS, LLC

-1-

FENWICK & WEST LLP

Dated: July 25, 2006

By: /s/ Michael J. Sacksteder
Michael J. Sacksteder

Attorneys for Defendant
PROGRESS SOFTWARE CORPORATION

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Michael J. Sacksteder.

/s/ Todd A. Noah

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 25, 2006

Hon. Maxine M. Chesney
United States District Judge

-2-

STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE
Civil Action No. 06-1985 MMC